# EXHIBIT 1

E-SERVED Baltimore County Circuit Court 11/19/2025 4:25 PM System SystemEnvelope:23904972

E-FILED; Baltimore County Circuit Court
Docket: 11/19/2025 4:25 PM; Submission: 11/19/2025 4:25 PM
Envelope: 23904972

**CIRCUIT COURT FOR BALTIMORE COUNTY MARYLAND**

401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754
Main: 410-887-2601

**To:** KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.
SERVE ON:
RESIDENT AGENT
2200 SOUTH 75TH AVENUE
PHOENIX, AZ 85043

|  |  |
|---|---|
| **Case Number:** | **C-03-CV-25-005522** |
| **Other Reference Number(s):** |  |
| **Child Support Enforcement Number:** |  |

**ARCHIE BASSETT VS. KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., ET AL.**

Issue Date: 11/19/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

ARCHIE BASSETT
9807 Britinay Lane
Baltimore, MD  21234

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)                    Page 1 of 2                    11/19/2025 4:22 PM

**Circuit Court for Baltimore County**

Archie Bassett vs. Knight-Swift Transportation Holdings, INC., et al.    Case Number: C-03-CV-25-005522

## SHERIFF'S RETURN
### (please print)

To: KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.

_____ ID# _____ of the _____
<span style="padding-left:2em">Serving Sheriff's Name</span>

County Sheriff's office present to the court that I:

    (1) Served _____
<span style="padding-left:20em">Name of person served</span>

on _____ at _____
<span style="padding-left:3em">Date of service</span>               <span style="padding-left:30em">Location of service</span>

_____ by _____ with the following:
<span style="padding-left:35em">Manner of service</span>

☐ Summons                  ☐ Counter-Complaint

☐ Complaint                ☐ Domestic Case Information Report

☐ Motions                    ☐ Financial Statement

☐ Petition and Show Cause Order    ☐ Interrogatories

☐ Other _____
<span style="padding-left:14em">Please specify</span>

    (2) Was unable to serve because:

         ☐ Moved left no forwarding address    ☐ No such address

         ☐ Address not in jurisdiction          ☐ Other
<span style="padding-left:40em">Please specify</span>

Sheriff fee: $ _____ ☐ waived by _____

_____      _____
<span style="padding-left:10em">Date</span>             Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR Baltimore County (CC)

City/County

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). *Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT          **CASE NUMBER** _____ (Clerk to insert)

**CASE NAME:** Archie Bassett                     VS.    Knight-Swift Transportation Holdings, INC.
_Plaintiff_                                                    _Defendant_

**PARTY'S NAME:** Archie Bassett          **PHONE:**

**PARTY'S ADDRESS:** 9807 Britinay Lane, Baltimore, Maryland 21234

**PARTY'S E-MAIL:**

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** Brian Bennett          **PHONE:** 410-687-4700

**PARTY'S ATTORNEY'S ADDRESS:** 2211 Eastern Boulevard, Baltimore, Maryland 21220

**PARTY'S ATTORNEY'S E-MAIL:** brianbennett162@comcast.net

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☐ No If yes, Case #(s), if known: _____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours 2 _____ days

### PLEADING TYPE

**New Case:** ☒ Original   ☐ Administrative Appeal   ☐ Appeal
**Existing Case:** ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property/ Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 09/2025)                     Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☐ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☐ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation      ☐ Yes ☒ No          C. Settlement Conference    ☒ Yes ☐ No
B. Arbitration    ☐ Yes ☒ No          D. Neutral Evaluation       ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

### (Case will be tracked accordingly)

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of          ☐ **Standard** - Trial within 18 months of
Defendant's response                                Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❏ **Expedited** - Trial within 7 months of     ❏ **Standard** - Trial within 18 months of
Defendant's response                           Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ❏ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❏ Civil-Short | Trial 210 days from first answer. |
| ❏ Civil-Standard | Trial 360 days from first answer. |
| ❏ Custom | Scheduling order entered by individual judge. |
| ❏ Asbestos | Special scheduling order. |
| ❏ Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ❏ Tax Sale Foreclosures | Special scheduling order. |
| ❏ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ❏ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❏ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days); State Insolvency. |
| ❏ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

11/19/2025
_____
Date

2211 Eastern Boulevard
_____
Street Address

Baltimore        MD        21220
_____
City        State        Zip Code

_____        8712010044
Signature of Attorney/Party        Attorney Number

Brian Bennett, Esq.
_____
Printed Name

brianbennett1962@comcast.net
_____
E-mail

CC-DCM-002 (Rev. 09/2025)                    Page 3 of 3

ARCHIE BASSETT   *   IN THE
9807 Britinay Lane
Baltimore, Maryland 21234   *   CIRCUIT COURT

   Plaintiff   *   FOR

vs.   *   BALTIMORE COUNTY

KNIGHT-SWIFT TRANSPORTATION   *   CASE NO.:
HOLDINGS, INC.
2200 South 75TH Avenue   *
Phoenix, Arizona 85043
  *

SERVE ON:   *
Resident Agent
2200 South 75TH Avenue   *
Phoenix, Arizona 85043
  *
and
  *
AMBER B. GURUNG
1905 Wexford Road   *
Palmyra, Pennsylvania 17078
  *

   Defendants
*   *   *   *   *   *   *   *   *   *   *   *   *

## COMPLAINT AND DEMAND FOR JURY TRIAL

Archie Bassett, Plaintiff, by Brian Bennett, his attorney, sues Amber B. Gurung and Knight-Swift Transportation Holdings, Inc., Defendants, and respectfully states as follows:

### PREAMBLE

1. Archie Bassett is a resident of Baltimore County.

2. Amber B. Gurung, at the time of the collision at issue, was employed by Knight-Swift Transportation Holdings, Inc., a company doing business in Baltimore County and the State of Maryland.

3. This action involves a collision between a motor vehicle owned and operated by the Plaintiff, Archie Bassett, and a motor vehicle owned the Defendant, Knight-Swift Transportation Holdings,

Inc., and operated by its agent and/or servant and/or employee with its permission, i.e., the Defendant, Amber B. Gurung.

4. That collision occurred on I-95, a public highway in Howard County, Maryland.

## STATEMENT OF FACTS

5. On or about October 1, 2025, the Plaintiff, Archie Bassett, was carefully and prudently operating his motor vehicle southbound on I-95, in Howard County, Maryland, near the Jessup exit, in a middle lane, i.e., the lane to the immediate right of the far left lane, when a motor vehicle being operated by the Defendant, Amber B. Gurung, the agent and/or servant and/or employee of the Defendant, Knight-Swift Transportation Holdings, Inc., the owner of that motor vehicle, rearended and struck the Plaintiff's motor vehicle, spinning it out of control and across several lanes where it came to rest in the median, thereby causing a collision.

6. The owner of the motor vehicle being operated by the Defendant, Amber B. Gurung, that struck the Plaintiff was the Defendant, Knight-Swift Transportation Holdings, Inc., at all times relevant hereto.

7. At all times relevant hereto, the Defendant, Amber B. Gurung , was acting in the course of his agency and/or employment.

8. The owner of the motor vehicle that struck the Plaintiff, at all times relevant hereto was the Defendant, Knight-Swift Transportation Holdings, Inc., and it had given its permission to the Defendant, Amber B. Gurung, to operate its motor vehicle, for all purposes.

STATEMENT OF NEGLIGENCE

9.   The collision was caused by the recklessness, carelessness and negligence of the Defendant, Amber B. Gurung.

10.   The Defendant, Amber B. Gurung, was negligent in that he:

a.   Failed to maintain a proper control over the motor vehicle;

b.   Failed to maintain a proper lookout for oncoming traffic;

c.   Failed to yield the right-of-way;

d.   Failed to reduce speed to avoid a collision;

e.   Operated the motor vehicle at a rate of speed excessive for the conditions then and there existing;

f.   And in other respects operated, managed and controlled his motor vehicle in a careless, dangerous and negligent manner under the circumstances then and there existing.

COUNT I

The Plaintiff, Archie Bassett, realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and sues the Defendants, Amber B. Gurung and Knight-Swift Transportation Holdings, Inc., and states:

11.   As a direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff, Archie Bassett:

a.   Suffered serious, painful and possibly permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress, and loss of the capacity for the enjoyment of life;

3

b.    Was, is and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate his injuries, pain and suffering;

c.    Was and is precluded from engaging in his normal activities and pursuits;

d.    Suffered damage to his property, including his motor vehicle;

e.    Suffered the loss of earnings;

f.    And otherwise was hurt, injured and caused to sustain losses.

12.    All of the Plaintiff's losses were, are and will be due solely and by reason of the recklessness, carelessness and negligence of the Defendant.

13.    None of the Plaintiff's losses were due to any negligence or want of due care on his part contributing to them.

WHEREFORE, the Plaintiff, Archie Bassett, sues the Defendants, Amber B. Gurung and Knight-Swift Transportation Holdings, Inc., and demands Seventy Four Thousand Nine Hundred and Ninety Nine Dollars ($74,999.00) damages.

_____
Brian Bennett

2211 Eastern Boulevard
Baltimore, Maryland  21220
(410) 687-4700; (410) 687-4744(fax)
Bar ID: 198712010044
Email: brianbennett1962@comcast.net
Attorney for Plaintiff

4

DEMAND FOR JURY TRIAL

The Plaintiff elects to have this case tried by a jury.

Brian Bennett

5

ARCHIE BASSETT     \*    IN THE

    Plaintiff     \*    CIRCUIT COURT

    \*    FOR

vs.

KNIGHT-SWIFT TRANSPORTATION    \*    BALTIMORE COUNTY
HOLDINGS, INC., et al
    Defendants     \*    Case No: C-03-CV-25-005522

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## INTERROGATORIES

TO:     KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.,
        DEFENDANT

FROM:     ARCHIE BASSETT, PLAINTIFF

The following Interrogatories are filed pursuant to Chapter 400 of the Maryland Rules of Procedures and Answers are required under oath as prescribed by said Rules.

A.     These Interrogatories are continuing in character, so as to require you to file supplementary answers if you obtain further or different information before trial.

B.     Where the name or identity of a person is requested, please state full name, home address and also business address, if known.

C.     Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

D.     Where knowledge or information in possession of a party is requested, such request knowledge of the party's agents, representatives and, unless privileged, his attorneys. When answer is made by a corporate defendant, state the name, address and title of the person supplying the information, and making affidavit, and the source of his information.

E.     The pronoun "you" refers to the party to whom these Interrogatories are addressed, and the persons mentioned in clause "D".

## INTERROGATORY 1

State your full name, address, and position with Defendant, if Defendant is a business

entity.

## INTERROGATORY 2

By whom were you employed and what were your duties and wages at the time of the

occurrence?

## INTERROGATORY 3

State the names and addresses of all persons with personal knowledge of the occurrence

that is the subject of the Complaint.

INTERROGATORY 4

State the names and addresses of all persons who have had direct contact and/or communication with or to the Plaintiff in the case that is the subject of the Complaint.

INTERROGATORY 5

Name the eyewitnesses to all or part of the occurrence.

INTERROGATORY 6

Name all persons who were in or on your motor vehicle at the time of the occurrence.

INTERROGATORY 7

Name all persons who arrived at the scene within one hour after the occurrence.

INTERROGATORY 8

Name all persons who investigated the cause and circumstances of the occurrence for you.

INTERROGATORY 9

State how you contend the occurrence took place which is the subject matter of the Complaint.

INTERROGATORY 10

If your answer to the previous interrogatory indicates that you do not have personal knowledge of the occurrence or were not present, but you have knowledge of the occurrence from your driver and/employee and/or agent, then state how that individual(s) contends how the occurrence took place and whether you will support that version of the occurrence at trial.

INTERROGATORY 11

Attach hereto a copy of any signed statement in your control made by the Plaintiff.

INTERROGATORY 12

Name those persons who have given you signed statements concerning the occurrence.

INTERROGATORY 13

If a report was made by you or by an employee or agent of yours in the ordinary course of business with respect to the occurrence, state the name and address of the person who made the report, the date thereof and in whose custody it is.

INTERROGATORY 14

State whether you have within your possession or control photographs, videos, or diagrams of the scene, or objects connected with said occurrence.

INTERROGATORY 15

If you contend that the operator of your motor vehicle was not your agent at the time of the accident complained of in the Plaintiff's Complaint, state the facts upon which you rely to support that contention.

Brian Bennett

2211 Eastern Boulevard
Baltimore, Maryland 21220
(410) 687-4700; (410) 687-4744(fax)
Bar ID: 198712010044
Email: brianbennett1962@comcast.net
Attorney for Plaintiff

ARCHIE BASSETT      *   IN THE

   Plaintiff       *   CIRCUIT COURT

vs.          *   FOR

KNIGHT-SWIFT TRANSPORTATION   *   BALTIMORE COUNTY
HOLDINGS, INC., et al
   Defendants      *   Case No: C-03-CV-25-005522

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE

  I HEREBY CERTIFY, that Interrogatories directed to the Defendant, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., and Notice of Service, was served upon it at the same time as the Complaint.

            _____
            Brian Bennett

            2211 Eastern Boulevard
            Baltimore, Maryland 21220
            (410) 687-4700; (410) 687-4744(fax)
            Bar ID: 198712010044
            Email: brianbennett1962@comcast.net
            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY, that Interrogatories directed to the Defendant, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., and Certificate of Service, was served upon it at the same time as the Complaint.

            _____
            Brian Bennett

| | | |
|---|---|---|
| ARCHIE BASSETT | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| vs. | * | FOR |
| KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., et al | * | BALTIMORE COUNTY |
| Defendants | * | Case No: C-03-CV-25-005522 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR PRODUCTION OF DOCUMENTS

ARCHIE BASSETT, Plaintiff, by her attorney, Brian Bennett, pursuant to Rule 2-422 of the Maryland Rules of Procedure, requests that the Defendant, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., produce and permit the Plaintiff and/or their representatives to inspect and copy, or cause to be copied by photostat or other appropriate means, the particular documents in Defendant's possession and/or the Defendant's custody or control as hereinafter set forth. The Plaintiff request that such production, inspection and copying take place at the Law Offices of Terziu and Bennett, 2211 Eastern Boulevard, Baltimore, Maryland 21220. Compliance with this request may be made by mailing copies of such documents to the above-mentioned address.

### I. Definitions and Instructions

This request is subject to the following definitions and instructions.

A.    "Documents" is used in its broadest possible sense and means any writing or record of any type or description whatsoever, whether sent or received or not, and whether created by you or not, including, but not limited to, agreements, correspondence, letters, telegrams, cables, messages, tapes, films, photographs, inter-office communications, memoranda, reports, records, accounts, ledgers, journals, balance sheets, income statements, financial records, bills of sale, purchase orders, invoices, bills of lading, checks, receipts, minutes, instructions, specifications, notes, notations, work papers, notebooks, diaries, papers, appointment books, telephone logs, photocopies, plats, plans, drawings, sketches, maps, models, charts, surveys, blueprints, descriptions, motion pictures, recordings, published or published speeches or articles, publications transcripts of

1

telephone conversation, interviews, statements or any other retrievable data (whether encarded, taped or coded, electrostatically, electromagnetically or otherwise) -- in your possession, custody or control or known to you -- wherever located, however produced or reproduced, whether an original, copy or reproduction or facsimile (including, but not limited to, carbon, handwritten, typewritten, microfilmed, photostatic or xerographic copies), and including any nonidentical copy (whether different from the original because of any alterations, notes, comments or other material contained thereon or attached thereto, or otherwise), regardless of its author or origin -- together with any attachment thereto or enclosure therewith.

B.     "You" and "your" means the Defendant in this action, as well as the Defendant's agents, employees, representatives or attorneys.

C.     "Plaintiff" means the individual(s) named as "Plaintiff(s)" in the Caption of this civil action, and his/her agents, employees, representatives or attorneys.

D.     "Relate to" when used in connection with any request for a document or category of documents, means recordings, summarizing, digesting, referring to, commenting upon, describing, consisting of, reporting, listing, analyzing, studying, evidencing or otherwise discussing in any way the subject matter identified in a request.

E.     "Communication" or "communications" includes, without limitation, any oral communication, whether transmitted in meetings, by telephone, telegraphs, telex, cable, tape recording, or otherwise, and all written communication.

F.     The use herein of the words "and" and "or" shall include "and/or".

G.     The use herein of the singular shall include the plural and the use of the plural shall include the singular.

H.     The Use of the words "person" or "persons" shall include individuals (including directors, officers, employees, representatives and agents), associations, partnerships, corporations and divisions of corporations.

I.     If privilege is asserted with respect to any document, please identify the document

2

and state specifically the basis of the privilege.

J.    If a request asks for documents which no longer exist, then in response to such request:

    1.    Identify each such document;

    2.    Identify all information that was contained in each such document;

    3.    State the date when each such document ceased to exist;

    4.    State what happened that caused each such document to cease to exist;

    5.    State why each such document was caused to, or happened to, cease to exist;

    6.    State the time periods during which such types of documents were maintained;

    7.    Identify each person having knowledge of the circumstances under which each such document ceased to exist; and

    8.    Identify each person having knowledge of such document and state the substance of said knowledge.

K.    These requests are continuing in character so as to require you to file a supplementary response if you have obtained other documents before trial.

## II. Documents to be Produced

1.    Reports of all experts who are expected to testify at the trial of this case, including, but not limited to, all documents referring to our relating to any findings or opinions of any person whom you intend to call as an expert witness at the trial of this action, which findings or opinions related to any alleged act or negligence by any person, or other liability in connection with the allegations contained in the Complaint.

2.    All notes, diagrams, photographs or other documents prepared or reviewed in connection with their assignment in this case by each person whom you expect to call as an expert witness at trial.

3.    All drafts, working papers or documents generated by each witness, whom you intend to call as an expert at trial in connection with the opinions and subjects on which the witness is

3

expected to testify.

4.    The most recent resume or curriculum vitae of each expert whom you expect to call as an expert witness at trial.

5.    All notes, diagrams, photographs or other documents prepared or reviewed in connection with their assignment in this case by each person whom you expect to call as an expert witness at trial.

6.    All documents referring or relating to any admissions or statements made by Plaintiff and/or any representative of the Plaintiff relating to the allegations and subject matter contained in Plaintiff's Complaint, including but not limited to, any video tape(s) made of the Plaintiff and/or Plaintiff's activities since the date of the collision that is the subject matter of this lawsuit.

7.    All documents referring or relating to communication between you and the Plaintiff.

8.    All documents referred to or identified in your responses to Interrogatories propounded by this Plaintiff.

9.    All the documents which you propose to introduce into evidence or rely upon at the hearing or trial of this case.

10.    All documents concerning any release, settlement or other agreement, formal or informal, pursuant to which the liability of any person for any injury or damage arising out of the occurrence has been limited, reduced or released in any manner.

11.    All insurance policies under which a person carrying on an insurance business might be liable to satisfy all or part of a judgment that might be entered in this action or reimburse you for payments made to satisfy such a judgment.

12.    All photographs, videos or audio tapes, x-rays, diagrams, surveys or other graphic representations of information concerning the subject matter of this action.

13.    All documents that identify the owner/lessor on the date of the occurrence that is the subject matter of this lawsuit.

4

Brian Bennett

2211 Eastern Boulevard
Baltimore, Maryland 21220
(410) 687-4700; (410) 687-4744(fax)
Bar ID: 198712010044
Email: brianbennett1962@comcast.net
Attorney for Plaintiff

5

| ARCHIE BASSETT | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| vs. | * | FOR |
| KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., et al | * | BALTIMORE COUNTY |
| Defendants | * | Case No: C-03-CV-25-005522 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing to Request for Production of Documents directed to the Defendant, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., and Notice of Service, was served upon it at the same time as the Complaint.

Brian Bennett

2211 Eastern Boulevard
Baltimore, Maryland 21220
(410) 687-4700; (410) 687-4744(fax)
Bar ID: 198712010044
Email: brianbennett1962@comcast.net
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing to Request for Production of Documents directed to the Defendant, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., and Certificate of Service, was served upon it at the same time as the Complaint.

Brian Bennett

6

LAW OFFICES
TERZIU AND BENNETT
2211 EASTERN BOULEVARD
BALTIMORE, MARYLAND 21220



9589 0710 5270 2941 1057 04

Jeanette M.

Knight-Swift Transportation Holdings, INC.
Serve On: Resident Agent
2200 South 75th Avenue
Phoenix, Arizona 85043